# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GLENN A. LARSON and JUDY LARSON ) | CASE NUMBER 07 B 09182 |
| ) | |
| Debtors, ) | |
| ) | CHAPTER 13 |
| v. ) | |
| ) | |
| SPECIALIZED LOAN SERVICES, LLC, ) | Honorable Judge A. Benjamin Goldgar |
| a Delaware Limited Liability Company; ) | |
| FV-1, INC in Trust for MORGAN ) | |
| STANLEY MORTGAGE CAPITAL ) | |
| HOLDING LLC and MORGAN ) | |
| STANLEY MORTGAGE CAPITAL ) | |
| HOLDINGS, LLC, a New York ) | |
| Limited Liability Company, ) | |
| ) | |
| Defendants. ) | |

**FV-1 AND MSMCH RESPONSE IN OPPOSITION TO DEBTORS' MOTION SEEKING SANCTIONS**

Defendants, FV-1, Inc. in Trust for Morgan Stanley Mortgage Capital Holding, LLC ("FV-1") and Morgan Stanley Mortgage Capital Holdings, LLC, a New York Limited Liability Company, ("MSMCH"), by their attorney, Todd P. Stelter, respectfully submit this Response in Opposition to Debtors Glenn A. Larson's and Judy Larson's (collectively, "Debtors") Motion Pursuant to Fed. R. Bankr. P. 9020 Seeking Sanctions ("Motion for Sanctions"), and state as follows:

**FV-1 and MSMCH Join in and Adopt SLS' Response**

Debtors' Motion for Sanctions contains no allegations directly asserting or implicating any wrongful acts and/or omissions by FV-1 or MSMCH. All allegedly improper conduct argued in Debtors' Motion for Sanctions as to FV-1 or MSMCH is completely derivative of acts and/or omissions asserted against co-defendant, Specialized Loan Servicing, LLC ("SLS").

Therefore, FV-1 and MSMCH join in and adopt SLS' response in opposition to debtors' motion seeking sanctions, and request this Court deny Debtors' Motion for Sanctions for the reasons argued therein. *See* Doc. No. 112.

WHEREFORE, FV-1 and MSMCH, respectfully requests that this Court deny Debtors' Motion for Sanctions in its entirety, and for further and additional relief as the Court deems just and appropriate.

                                              Respectfully submitted,

                                              HINSHAW & CULBERTSON LLP

                                              /s/Todd P. Stelter
                                              Todd P. Stelter

Todd P. Stelter
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
Telephone:312-704-3000
Facsimile:312-704-3001
tstelter@hinshawlaw.com

131008970v1 1773

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GLENN A. LARSON and JUDY LARSON ) | CASE NUMBER 07 B 09182 |
| ) | |
| Debtors, ) | |
| ) | CHAPTER 13 |
| v. ) | |
| ) | |
| SPECIALIZED LOAN SERVICES, LLC, ) | Honorable Judge A. Benjamin Goldgar |
| a Delaware Limited Liability Company; ) | |
| FV-1, INC in Trust for MORGAN ) | |
| STANLEY MORTGAGE CAPITAL ) | |
| HOLDING LLC and MORGAN ) | |
| STANLEY MORTGAGE CAPITAL ) | |
| HOLDINGS, LLC, a New York ) | |
| Limited Liability Company, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Todd P. Stelter, an attorney, certify that I shall cause to be served a copy of **FV-1 and MSMCH RESPONSE IN OPPOSITION TO DEBTORS' MOTION SEEKING SANCTIONS** upon the below listed individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 5:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, on **February 27, 2015.**

| | |
|---|---|
| ☒ CM/ECF<br>☐ Facsimile<br>☐ Federal Express<br>☐ Regular U.S. Mail<br>☐ Messenger<br>☐ E-Mail | *To All Parties of Record* |

HINSHAW & CULBERTSON LLP

Todd P. Stelter                              s/ *Todd P. Stelter*
HINSHAW & CULBERTSON LLP      Todd P. Stelter
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3966
312/704-3001 – facsimile
tstelter@hinshawlaw.com

3